1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax    (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4              United States Bankruptcy Court
               Central District of California
5

6                                           ) Chapter 13
                                            )
7  TINA MARIE BURKE                         ) Case No.: 8:09-bk-11934-RK
                                            )
8                                           ) **NOTICE OF UNCLAIMED DIVIDEND**
                                            ) (Bankruptcy Rule 3011)
9                                           )
                                            )
10                                          )
                                            )
11 _____

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300791** in the sum of **$0.58**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     TINA MARIE BURKE
       26376 SAN SOUCI PL
18     MISSION VIEJO, CA 92692

19 Date: August 7, 2010                    _____
20                                         Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0911934 | TINA MARIE BURKE ACCT: Claim: 00000 | XXX-XX-9758 | 0.58 | 0.00 | 0.58 |
| | | TOTALS | 0.58 | 0.00 | 0.58 |

TINA MARIE BURKE

BALANCE: [0.00 13/00000]
SSN: XXX-XX-9758    SSN:
ACCT:    CASE: 0911934
PRINCIPAL:    0.58    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300791

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.58

**PAY**    Zero And 58 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300791⑈ ⑆061100790⑆000000575186 2⑈